EVANSTON INSURANCE
COMPANY, Plaintiff

v.

DILLARD DEPARTMENT STORES, INC., also known as Dillard's, Inc., Defendant–Appellee

and

Paul Schroeder; Brock Akers, Individually; Chris Gonzalez, Individually; Phillips & Akers Professional Corp., Appellees

Cletus Erenster, Interested Party–Appellant.

No. 06–20820
(Summary Calendar).

United States Court of Appeals, Fifth Circuit.

May 16, 2007.

Brock C. Akers, Phillips & Akers, Houston, TX, for Defendant–Appellee/Appellees.

Timothy Andrew Hootman, Houston, TX, for Appellant.

---

Before SMITH, WIENER and OWEN, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5TH CIR. R. 47.6.

The history of this litigation in both the state and federal courts reflect extreme pettifoggery by and on behalf of Appellant Erenster, his former law partner, and others. Appellant and his counsel are warned that any further acts on their parts that would prolong this contumacious litigation will expose them to the full panoply of sanctions and disciplinary actions at the disposal of this court. We trust that these words to the wise will be sufficient.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.